UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

STARDUST MEMORIALS, LLC,
a Michigan limited liability company,

    Plaintiff,                                                 Case No.: 16-201

        v.

JEFFREY REBERRY,
a resident of the State of Colorado,

and

HUGEDOMAINS.COM, LLC,
a Colorado limited liability company,

TURNCOMMERCE, INC.,
a Colorado corporation,

    Defendants.

_____

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    WHEREAS, on February 24, 2016, Plaintiff filed a lawsuit against Defendants in the United States District Court for the Western District of Michigan, Case No. 1:16-cv-00201-PLM-PJG;

    WHEREAS, Plaintiffs, through their lawsuit, have asserted claims of a violation of the Anticybersquatting Consumer Protection Act and piercing the corporate veil;

    WHEREAS, on April 19, 2016, the Parties resolved Plaintiff's claims without any admission of liability by Defendants;

    NOW THEREFORE, the Parties agree and stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties jointly stipulate to the voluntary dismissal of this action with prejudice and

1

2. The Parties agree each Party is individually responsible for its own attorney fees and costs and no costs are to be awarded to any Party.

IT IS SO ORDERED this ____ day of _____, 2016.

_____
Hon. Paul L. Maloney
District Court Judge

Each undersigned representative of the Parties, or the Parties themselves, certifies that he or she is fully authorized to enter into and execute the terms and conditions of this Joint Stipulation and Dismissal.

IT IS SO STIPULATED this 19 day of April, 2016

**STARDUST MEMORIALS, LLC**

/s/ JAD_____
John Di Giacomo
Attorney for Plaintiff
Revision Legal, PLLC
109 E. Front St.
Suite 309
Traverse City, MI 49095
(231) 714.0100
john@revisionlegal.com

**JEFFREY REBERRY**
**HUGEDOMAINS.COM, LLC, and**
**TURNCOMMERCE, INC.**

/s/ SEE_____
Sheila Eddy
Attorney for Defendants
Smith, Haughey, Rice, and Rogge
100 Monroe Center NW
Grand Rapids, MI 49503
(616) 774.8000
seddy@shrr.com